

# NUMBER 13-24-00332-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**HERITAGE CONSTRUCTION CO., LLC,**                                      **Appellant,**

**v.**

**MARY WYNELLE PETTY, BY AND
THROUGH TERESA LYNN WOODRUM,
INDEPENDENT EXECUTRIX OF THE
ESTATE OF MARY WYNELLE PETTY,**                                      **Appellee.**

---

## ON APPEAL FROM THE 343RD DISTRICT COURT
## OF SAN PATRICIO COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Silva
Memorandum Opinion by Justice Longoria**

This matter is before the Court on appellant's motion to dismiss appeal. Appellant no longer wishes to pursue this appeal and asks that costs be assessed against the party incurring them.

The Court, having considered appellant's motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellant's motion to dismiss is granted, and the appeal is hereby dismissed. Costs will be taxed against the party incurring the same. *See id.* R. 42.1(d). Because the appeal is dismissed at appellant's request, no motion for rehearing will be entertained.

NORA L. LONGORIA
Justice

Delivered and filed on the
15th day of August, 2024.